# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138799(31)

SANDRA CANTLEY, Personal
Representative of the Estate of
James Cantley, Deceased,
          Plaintiff-Appellant,

v                                            SC: 138799
                                             COA: 288800
                                             Genesee CC: 07-085696-NO

GENESEE COUNTY ROAD
COMMISSION,
          Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's October 9, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      CAVANAGH, J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

d0125